**FILED**
NOV 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8920

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Fernando ALVARADO | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about November 10, 2007, within the Southern District of California, defendant Fernando ALVARADO did knowingly and intentionally import approximately 21.52 kilograms (47.75 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 13th DAY OF November, 2007.

_____
Peter C. Lewis
U.S. Magistrate Judge

UNITED STATES OF AMERICA
v.
Fernando ALVARADO

### STATEMENT OF PROBABLE CAUSE

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Donald Webster.

On November 10, 2007, at approximately 1611 hours, Fernando ALVARADO entered the United States at the Calexico, California, West Port of Entry. ALVARADO was the driver of a Dodge Ram Van. CBP Officer Montalvo took a negative Customs declaration from ALVARADO. ALVARADO was very talkative and appeared to be in a hurry. CBP Officer Montalvo looked under the vehicle and noted the gas tank appeared to be leaking and had been tampered with. CBP Officer Montalvo referred ALVARADO and his vehicle to secondary inspection.

In secondary, CBP/CEO Officer Ragsdale utilized his Service K-9, "Rita" CF-98 in a lot sweep. Rita alerted to the gas tank of ALVARADO's vehicle. CBP Officer E. Garcia located and recovered 19 packages containing a green leafy substance from a compartment within the gas tank. A sample of the green leafy substance field-tested positive for marijuana. The total weight of the packages of marijuana was 21.52 kilograms.

Special Agent (S/A) Donald Webster read VALENZUELA his constitutional rights per Miranda in English with S/A Steele present. ALVARADO orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement without the presence of an attorney.

ALVARADO denied all knowledge of the marijuana recovered from his vehicle

Executed on November 11, 2007 at 1230 hrs.

*Donald E. Webster*
Donald E. Webster, Special Agent
U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of three (3) pages, I find probable cause to believe that the defendant, ALVARADO, named in this probable cause statement committed the offense on November 10, 2007, in violation of Title 21 United States Code, Section(s) 952 & 960

*Nita L. Storms*  Date 11-11-07
Nita L. Storms
United States Magistrate Judge