MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs _Fernando Alvarado_____ No. _07CR3361-WQH_

The Court finds excludable delay, under the section indicated by check (✓), commenced on _3/24/08_ and ended on _5/12/08_.

__3161(h)__

___ (1)(A)      Exam or hrg for **mental or physical incapacity**                     A

___ (1)(B)      **NARA exam**ination (28:2902)                                        B

___ (1)(D)      State or Federal trials or **other charges pending**                  C

___ (1)(E)      **Interlocutory appeals**                                             D

___ (1)(F)      **Pretrial motions** (from flg to hrg or other prompt dispo)          E

___ (1)(G)      **Transfers from other district** (per FRCrP 20, 21 & 40)             F

___ (1)(J)      **Proceedings under advisement** not to exceed thirty days            G

___             Misc proc: Parole or prob rev, deportation, **extradition**           H

___ (1)(H)      **Transportation** from another district or to/from examination       6
                or hospitalization in ten days or less

___ (1)(I)      Consideration by Court of **proposed plea agreement**                 7

___ (2)         **Prosecution deferred** by mutual agreement                          I

___ (3)(A)(B)   **Unavailability of defendant or essential witness**                  M

___ (4)         Period of **mental or physical incompetence** of defendant to         N
                stand trial

___ (5)         Period of **NARA commitment or treatment**                            O

___ (6)         **Superseding indictment and/or new charges**                         P

___ (7)         **Defendant awaiting trial of co-defendant** when no severance        R
                has been granted

___ (8)(A)(B)   **Continuances** granted per (h)(8)-use "T" alone if more than        T
                one of the reasons below are given in support of continuance

_X_ (8)(B)(i)(1) Failure to **continue** would stop further proceedings or           (T1)
                result in **miscarriage of justice**

___ (8)(B)(ii)   2) **Case** unusual or **complex**                                   T2

___ (8)(B)(iii)  3) **Indictment** following arrest **cannot be filed** in            T3
                 thirty (30) days

___ (8)(B)(iv)   4) **Continuance** granted in order to obtain or **substitute**      T4
                 **counsel**, or give reasonable time to prepare

___ 3161(I)     Time up to **withdrawal of guilty plea**                              U

___ 3161(b)     **Grand jury indictment time extended** thirty (30) more days         W

Date _3/6/08_                                                        _WQH_
                                                              Judge's Initials